IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FRANKIE LEIGH HENDERSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| **FIDELITY & GUARANTY LIFE** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant.* | § | |

**INDEX OF ALL MATTERS BEING FILED**

| EXHIBIT | DOCUMENT | DATE FILED IN STATE COURT |
|---|---|---|
| A | Index of All Matters Being Filed | N/A |
| B | Docket Sheet | N/A |
| B.1 | Plaintiff Original Petition and Jury Demand with Exhibits 1-6 | August 9, 2022 |
| B.2 | Domestic Return Receipt | August 22, 2022 |
| B.3 | Defendant's Original Answer | September 12, 2022 |
| C | List of Counsel | N/A |

**EXHIBIT A**