Harris County Docket Sheet

# 2022-48634

**COURT:** 055th
**FILED DATE:** 8/9/2022
**CASE TYPE:** OTHER CIVIL



### HENDERSON, FRANKIE LEIGH

Attorney: LYND, JOHN WILLIAM

### vs.

### FIDELITY & GUARANTY LIFE INSURANCE COMPANY

Attorney: GILBERT, TIFFANY RAE SERBOUSEK

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

EXHIBIT B

| HCDistrictclerk.com | HENDERSON, FRANKIE LEIGH vs. FIDELITY & GUARANTY LIFE INSURANCE COMPANY | 9/13/2022 |
|---|---|---|
| | Cause: 202248634  CDI: 7  Court: 055 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/9/2022 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 8/10/2022 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 055th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686055 |
| **JudgeName** | LATOSHA LEWIS PAYNE |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| HENDERSON, FRANKIE LEIGH | PLAINTIFF - CIVIL | | LYND, JOHN WILLIAM |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY | DEFENDANT - CIVIL | | GILBERT, TIFFANY RAE SERBOUSEK |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY MAY BE SERVED BY SERVING | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 9/12/2022 | ANSWER ORIGINAL PETITION | | | 0 | | GILBERT, TIFFANY RAE SERBOUSEK | FIDELITY & GUARANTY LIFE INSURANCE COMPANY |
| 8/9/2022 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/9/2022 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 8/9/2022 | ORIGINAL PETITION | | | 0 | | LYND, JOHN WILLIAM | HENDERSON, FRANKIE LEIGH |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | FIDELITY & GUARANTY LIFE INSURANCE COMPANY MAY BE SERVED BY SERVING 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | 8/9/2022 | 8/12/2022 | | 8/17/2022 | | 74037091 | CVC/CTM SVCE BY CERTIFIED MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 103973894 | Fidelity & Guaranty Life Insurance Company's Original Answer | | 09/12/2022 | 3 |
| 103671372 | Domestic Return Receipt | | 08/22/2022 | 2 |
| 103580078 | Certified Mail Receipt | | 08/15/2022 | 1 |
| 103509220 | Certified Mail Tracking Number 7019 2970 0001 3507 4335 | | 08/12/2022 | 2 |
| 103422724 | Plaintiff Original Petition and Jury Demand | | 08/09/2022 | 6 |
| ‣ 103422727 | Exhibit 01 | | 08/09/2022 | 2 |
| ‣ 103422728 | Exhibit 02 | | 08/09/2022 | 4 |
| ‣ 103422731 | Exhibit 03 | | 08/09/2022 | 8 |
| ‣ 103422726 | Exhibit 04 | | 08/09/2022 | 2 |
| ‣ 103422725 | Exhibit 05 | | 08/09/2022 | 4 |
| ‣ 103422730 | Exhibit 06 | | 08/09/2022 | 10 |
| ‣ 103422732 | Request for Issuance of Service | | 08/09/2022 | 1 |