UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANKIE LEIGH HENDERSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-03140 |
| | § | |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, | § § | |
| *Defendant*. | § | |

# **FINAL JUDGMENT**

In accordance with the Memorandum and Order issued this day granting Defendant Fidelity & Guaranty Life Insurance Company's Motion for Summary Judgment, it is hereby

ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE. This is a Final Judgment. Each party to pay its own costs and fees.

Signed on July 11, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge